# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| BRADLEY ACALEY,<br>   *Plaintiff-Appellee*,<br>       v.<br>VIMEO, INC.,<br>   *Defendant-Appellant*. | Case No. 20-2047 |

## STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL

The parties, having reached a settlement of the present matter, hereby stipulate that the appeal be dismissed so that jurisdiction may revest in the District Court.

Dated: May 31, 2022

| | |
|---|---|
|  */s/ Tina Wolfson*\*  | */s/ E. Joshua Rosenkranz* |
| Tina Wolfson | E. Joshua Rosenkranz |
| AHDOOT & WOLFSON, PC | ORRICK, HERRINGTON & |
| 2600 West Olive Avenue |   SUTCLIFFE LLP |
| Suite 500 | 51 West 52nd Street |
| Burbank, California 91505 | New York, NY 10019 |
| (310) 474-9111 | (212) 506-5000 |
| | |
| *Counsel for Plaintiff-Appellee* | *Counsel for Defendant-Appellant* |

---

\* Signed with consent.

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 26 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in Century Schoolbook 14-point font.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ E. Joshua Rosenkranz*
E. Joshua Rosenkranz
*Counsel for Defendant-Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system on May 31, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ E. Joshua Rosenkranz*
E. Joshua Rosenkranz
*Counsel for Defendant-Appellant*